# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TELASIA INC.,                    )<br>                                          )<br>            Plaintiffs,       )<br>                                          )<br>vs.                                     )<br>                                          )<br>EZ SUPPLY, INC.,           )<br>                                          )<br>            Defendants.   )<br>_____) | Case No. 2:14-cv-00399-MMD-GWF<br><br>**ORDER**<br><br>Motion to Withdraw as Counsel (#11) |

This matter comes before the Court on D. Chris Albright's Motion to Withdraw as Counsel (#11) for Defendant EZ Supply, Inc., filed on July 25, 2014.

Mr. Albright represents that the Defendant inadequately communicates with defense counsel and has failed to fulfill its financial obligations to the defense counsel's firm. The discovery cut-off is presently set for October 17, 2014. *See Dkt. #10*. Local Rule IA 10-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel." The Court finds that the movant substantially establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that D. Chris Albright's Motion to Withdraw as Counsel (#11) for Defendant EZ Supply, Inc. is **granted**. Attorneys D. Chris Albright and William H. Stoddard, Jr. are hereby withdrawn as counsel for Defendant.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add Defendant EZ Supply, Inc.'s last known address to the civil docket in this case:

EZ Supply, Inc.
Attn: Juan Balta
2300 W. Sahara Avenue, Suite 800,
Las Vegas, Nevada 89102
. . .

**IT IS FURTHER ORDERED** that the Clerk of the Court shall deliver a copy of this Order to Defendant at the above-listed address.

**IT IS FURTHER ORDERED** that Defendant EZ Supply, Inc. must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant EZ Supply, Inc., shall have until fourteen (14) days from the date of this order to retain new counsel in this matter.

DATED this 12th day of August, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge