✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Nevada _____

Telasia Inc.,

                            Plaintiff,

V.

EZ Supply, Inc.,

                            Defendant.

## DEFAULT

## JUDGMENT IN A CIVIL CASE

Case Number:  2:14-cv-00399-MMD-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

    IT IS ORDERED AND ADJUDGED

Plaintiff is awarded default judgment in the amount of $353,785.06. It is further ordered that Plaintiff is awarded pre-judgment interest of $18,573.72, as of September 23, 2014, with additional interest at the rate of 5.25% through entry of the judgment. It is further ordered that Plaintiff is awarded attorney and paralegal fees in the amount of $26,222.50, together with costs of suit in the amount of $618.70.

May 5, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ TR

(By) Deputy Clerk